# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MOTTIO PASCHAL

**07CR 752**

**FILED**

NOV 15 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, R. Brian Wentz, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 14, 2007__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant MOTTIO PASCHAL did

by force, violence, and intimidation, take from the person and the presence of others, on or about November 14, 2007, money belonging to and in the care, custody, control, management, and possession, of the TCF Bank, 10350 South Pulaski Road, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:
<sub>Official Title</sub>

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes  ___No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__November 15, 2007__                   at __Chicago, Illinois__
Date                                                      City and State

__Nan R. Nolan, U.S. Magistrate Judge__      _Nan R. Nolan_
Name & Title of Judicial Officer                       Signature of Judicial Officer

COUNTY OF COOK )
)
STATE OF ILLINOIS )
)

## AFFIDAVIT

I. R. Brian Wentz, being duly sworn under oath, state as follows:

### Introduction

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), Department of Justice, and have been so employed for approximately four years.

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein.

3. The information below is provided for the limited purpose of establishing probable cause to support a criminal complaint against MOTTIO PASCHAL ("PASCHAL") and does not contain all details or all facts of which I am aware relating to this investigation.

### Great Lakes Bank, Alsip, Illinois

4. On November 14, 2007, at approximately 3:30 P.M., one African-American male robbed the Great Lakes Bank, 11346 South Cicero Avenue, Alsip, Illinois ("Bank #1") which was insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the robbery. Approximately $6,539.00 in United States Currency ("USC") was taken from Bank #1.

1

5. Bank employees interviewed after the robbery described the suspect as an African-American male, approximately 5'10" tall, with dark skin and a medium build. The suspect was wearing a gray hooded jacket, dark clothing and a white dust mask with a ventilator over his face, and carrying a green bag with white lettering. The suspect entered the bank, walked directly toward the teller line and approached Employee A, a teller. The suspect told Employee A to give him "$10,000 in cash." Realizing his/her teller drawer did not have that much money, Employee A asked Employee B for $10,000 in cash. Employee B turned to go back toward the vault area. The suspect asked Employee A "Where's she going?" Employee A did not respond. The suspect then pulled up his shirt, pulled out a green bag with white lettering and told Employee A "put the money in the bag." Employee A complied and emptied the bills into the suspect's bag, with the exception of certain mutilated bills. The suspect peered over the teller counter into the drawer, and said "what is that?", referring to the bundled stack of mutilated bills. Employee A then put the stack of mutilated bills into the bag. The suspect grabbed the bag and walked out of the bank. Bank employees observed the suspect stumble outside the bank, walk toward an Aldi Grocery Store adjacent to the Bank and then stand by a row of parked cars. It appeared that the suspect got into one of the cars. Bank employees then observed several cars leave the Aldi Grocery Store parking lot at the same time.

6. A review of Bank #1's surveillance video showed

that the suspect was wearing a hooded jacket that appeared to be gray, a dark outer jacket, and a white mask over his face.

### TCF Bank, Oak Lawn, Illinois

7. On November 14, 2007, at approximately 3:45 P.M., one African-American male robbed the TCF Bank, 10350 South Pulaski, Oak Lawn, Illinois ("Bank #2"), which was insured by the FDIC at the time of the robbery. Approximately $3,129 in USC was taken from Bank #2.

8. Bank employees interviewed after the robbery gave the following physical description of the suspect: an African-American male, approximately 5'10" tall, with dark skin and a medium build, wearing a gray hooded jacket, dark clothing, a white dust mask over his face, and carrying a green bag with white lettering. The suspect entered the bank, walked directly toward the teller line and approached Employee C, a teller. The suspect told Employee C to give him "$10,000 in cash."

9. A review of Bank #2's surveillance video showed that the suspect was wearing a gray colored hooded jacket, a dark outer jacket, and a white mask over his face.

10. An officer with the Oak Lawn Police Department responded to a 911 call from Bank #2, and was told by dispatch that bank employees said that the suspect was heading north on Pulaski. The dispatcher also gave a physical description of the suspect's appearance, along with a description of the bag he was carrying. The officer observed MOTTIO PASCHAL, who matched the physical description of the suspect given by Bank #2 employees, a few blocks from

1  Bank #2.  PASCHAL and the officer looked at each other, and
2  PASCHAL took off running.
3          11.  The officer seized PASCHAL after a foot
4  pursuit.  At the time of the seizure, PASCHAL was found to
5  have a white mask around his neck.  A green bag with white
6  lettering, containing $3,129 USC, was recovered approximately
7  five feet from where PASCHAL was seized.
8          12.  An employee of Bank #2 who witnessed the
9  robbery positively identified PASCHAL as the robber of Bank
10 #2.
11         13.  One employee from Bank #1 positively
12 identified PASCHAL as the robber of Bank #1.  A second
13 employee of Bank #1 was unable to make an identification.
14         14.  On March 29, 2000, PASCHAL was sentenced to
15 120 months imprisonment, following his conviction for bank
16 robbery under 18 U.S.C. § 2113(a).  PASCHAL was released on
17 September 10, 2007.

### Conclusion

19         14.  Based on the foregoing facts, Affiant
20 respectfully submits that there is probable cause to believe
21 that on November 14, 2007, MOTTIO PASCHAL, by force,
22 violence, and intimidation, took money belonging to or in the
23 care, custody, control, management, or possession of TCF
24 Bank, the deposits of which both were insured by the Federal
25 Deposit Insurance Corporation, in violation of Title 18,
26 United States code, Section 2113(a).
27
28 FURTHER AFFIANT SAYETH NOT

4

R. BRIAN WENTZ
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me this 15th day of November, 2007.

U.S. Magistrate