Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 752 - 1 | DATE | 11/15/2007 |
| CASE TITLE | USA vs. Mottio Paschal | | |

**DOCKET ENTRY TEXT**

Initial appearance proceeding held. Defendant Mottio Paschal appears in response to arrest on 11/15/07. Defendant informed of his rights. Enter order appointing Michael J Falconer of the Federal Defender Program as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the court. Defendant waives his right to preliminary examination. Enter a finding of probable cause. The U.S.M.S. is directed to advise Defendant's place of incarceration to provide medical attention for broken arm and foot, forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|