# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | U.S. vs. PASCHOL |
| FOR AT | RECEIVED NOV 15 2007 MAGISTRATE JUDGE NAN R. NOLAN UNITED STATES DISTRICT COURT |

LOCATION NUMBER: NSIL

DOCKET NUMBERS
- Magistrate:
- District Court: 07cr752
- Court of Appeals: 07cr752

PERSON REPRESENTED (Show your full name): MOTTIO PASCHOL

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC
☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: MD
- IF YES, how much do you earn per month? $ 350/wk
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $

FILED NOV 15 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ 2,000 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-17-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]