## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 752 | **DATE** | 12/12/2007 |
| **CASE TITLE** | USA vs. Mottio Paschal | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [5] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendants be extended from December 17, 2007 to and including January 31, 2008. X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|