UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 752 |
| | ) | |
| v. | ) | |
| | ) | |
| MOTTIO PASCHAL, | ) | Chief Judge James F. Holderman |
| | ) | |

**O R D E R**

Upon the government's motion, under Title 18, United States Code, Section 3161(h)(8), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendants be extended from December 17, 2007 to and including January 31, 2008. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial because the failure to grant such an extension would deny the parties the reasonable time necessary to reach a plea agreement, would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the grand jury, taking into account the exercise of due diligence, and for the additional reasons set forth in the sealed attachment to the Government's motion.

ENTERED:

_____
JAMES F. HOLDERMAN
Chief Judge

DATED: December 12, 2007