UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE MANNING
JUDGE NOLAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 07 CR 752 |
| v. ) | |
| ) | Violations: Title 18, United States |
| MOTTIO PASCHAL ) | Code, Sections 2113(a) |

FILED
JN   JAN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about November 14, 2007, at Alsip, in the Northern District of Illinois, Eastern Division,

MOTTIO PASCHAL,

defendant herein, by intimidation, did take from the person and presence of a bank teller money belonging to and in the care, custody, control, management, and possession of the Great Lakes Bank located at 11346 South Cicero, Alsip, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 14, 2007, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

## MOTTIO PASCHAL,

defendant herein, by intimidation, did take from the person and presence of a bank teller money belonging to and in the care, custody, control, management, and possession of the TCF Bank located at 10350 South Pulaski, Oak Lawn, Illinois 60453, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY