## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 752 - 1 | **DATE** | 2/6/2008 |
| **CASE TITLE** | USA vs. Mottio Paschal | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant informed of his rights. Defendant waives formal reading of the Indictment and enters a plea of not guilty to all counts. Rule 16 conference by 02/13/08. Pretrial motion(s) to be filed by 02/27/08. Response(s) are due by 03/12/08. Reply brief(s) to be filed by 03/26/08. Status hearing before Judge Manning is set for 03/06/08 at 11:00 a.m. Defendant to remain in custody. Time is excluded from 02/06/08 to and including 03/06/08 pursuant to 18 USC § 3161 (h)(1)(F). (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|