## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 752 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. Pachal | | |

**DOCKET ENTRY TEXT**

The defendant has sent a handwritten letter dated February 18, 2008, directly to the court asking that new counsel be appointed for him. Defense counsel should be prepared to discuss the defendant's concerns at the next status on March 6, 2008, at 11 a.m. The clerk is directed to place a copy of the letter on the electronic docket and the original in the court file.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|