07cr752

**FILED**

FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Feb. 18, 2008

Dear Honorable Judge Blanche M. Manning,

My name is Mottio Paschal. I am currently represented by Attorney Michael J. Falconer.
I do not wish to impede this court precedings, however, I respectfully ask this court for a change of Attorney.

I have been incarcerated since Nov. 14, 2007, and Attorney Michael J. Falconer has not come to see me once to discuss the aspects of my case. I have mailled my Attorney several letters requesting that he call me or come to see me and he has not responded.

The only time that I have seen my Attorney was on Feb. 6, 2008 on my court date in front of the Honorable Judge N. Nolan. At which time he appeared not to know my name or about my case.

I do not know if Attorney Falconers case load is too full, however I am not being represented fairly.

Page 2

There are a number of factors that I need to present to this court, that are very important. I never expect personalized attention from an Attorney.

However, the full service of the Federal Defender Program will assist me in properly presenting through and relevant evidence to this court, that will also save considerably on time and money.

There is a Federal Defender by the name of Donna Foley at 9644 S. Hamilton Chicago Il 60643. If it is at all possible may I be represented by her, or someone that this court deems responsible to represent me.

Thank you

Mottio Paschal
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Il. 60901

NOLAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00752-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Paschal | Date Filed: 01/24/2008 |

Assigned to: Honorable Blanche M. Manning

**Defendant**

| | | |
|---|---|---|
| Mottio Paschal (1) | represented by | **Michael James Falconer**<br>Attorney at Law<br>35 East Wacker<br>Suite 650<br>Chicago, IL 60601<br>(312) 236-7177<br>Email: mfalconer@prodigy.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE<br>(1-2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113A.F Bank Robbery by force or violence, | |

**Plaintiff**

USA                 represented by   **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**J. Gregory Deis**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 886-7625
Email: greg.deis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2008 | 14 | MINUTE entry before Judge Nan R. Nolan as to Mottio Paschal: Arraignment proceedings held. Defendant informed of his rights. Defendant waives formal reading of the Indictment and enters a plea of not guilty to all counts. Rule 16 conference by 02/13/08. Pretrial motion(s) to be filed by 02/27/08. Response(s) are due by 03/12/08. Reply brief(s) to be filed by 03/26/08. Status hearing before Judge Manning is set for 03/06/08 at 11:00 a.m. Defendant to remain in custody. Time is excluded from 02/06/08 to and including 03/06/08 pursuant to 18 USC § 3161 (h)(1)(F). Mailed notice (las, ) (Entered: 02/07/2008) |
| 01/30/2008 | 13 | MINUTE entry before Judge Nan R. Nolan : Arraignment set for 01/30/2008 is reset to 2/6/2008 at 01:30 p.m. Mailed notice (lxs, ) (Entered: 01/30/2008) |
| 01/28/2008 | 12 | NOTICE of Arraignment as to Mottio Paschal before Honorable Nan R. Nolan for the Honorable Blanche M. Manning on 1/30/2008 at 01:30 PM. in courtroom 1858. (yap, ) (Entered: 01/28/2008) |
| 01/24/2008 | 11 | MINUTE entry before Judge Martin C. Ashman as to Mottio Paschal: No bond set; detained by Magistrate. (yap, ) (Entered: 01/25/2008) |
| 01/24/2008 | 10 | DESIGNATION Sheet: FELONY (Category 2). (yap, ) (Entered: |

| | | |
|---|---|---|
| | | 01/25/2008) |
| 01/24/2008 | 9 | INDICTMENT as to Mottio Paschal (1) count(s) 1-2 (yap, ) (Entered: 01/25/2008) |
| 01/24/2008 | | (Court only) Judge update in case as to Mottio Paschal. Judge Blanche M. Manning added. Judge Nan R. Nolan no longer assigned to case., ***Set/Clear Flags as to Mottio Paschal (yap, ) (Entered: 01/25/2008) |
| 12/12/2007 | 8 | ATTACHMENT by USA to his unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. 3161(h) as to Mottio Paschal (RESTRICTED). (yap, ) (Entered: 12/18/2007) |
| 12/12/2007 | 7 | ORDER as to Mottio Paschal 6 Signed by Judge James F. Holderman on 12/12/07. (yap, ) (Entered: 12/14/2007) |
| 12/12/2007 | 6 | MINUTE entry before Judge James F. Holderman as to Mottio Paschal: Government's unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C.§3161(h) 5 is granted. ENTER ORDER: It is hereby ordered that the time within which to file anindictment against the defendants be extended from December 17, 2007 to and including January 31, 2008.Mailed notice (yap, ) (Entered: 12/14/2007) |
| 12/12/2007 | 5 | MOTION by USA for extension of time as to Mottio Paschal *GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. SECTION 3161(h)* (Attachments: # 1 Attachment)(Deis, J.) (Entered: 12/12/2007) |
| 11/15/2007 | 4 | FINANCIAL AFFIDAVIT filed by Mottio Paschal (yap, ) (Entered: 11/16/2007) |
| 11/15/2007 | 3 | ATTORNEY Appearance for defendant Mottio Paschal by Michael James Falconer (yap, ) (Entered: 11/16/2007) |
| 11/15/2007 | 2 | MINUTE entry before Judge Nan R. Nolan as to Mottio Paschal: Initial appearance proceeding held. Defendant Mottio Paschul appears in response to arrest on 11/15/07. Defendant informed of his rights. Enter Order appointing Michael J. Falconer of the Federal Defender Program as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later date time for release on conditions. Defendant will remain in custody pending trial or until further order of the court. Defendant waives his right to preliminary examination. Enter a finding of probable cause. The U.S.M.S. is directed to advise defendant's place of incarceration to provide medical attention for broken arm and foot forthwith. Mailed notice (yap, ) (Entered: 11/16/2007) |
| 11/15/2007 | | ARREST of defendant Mottio Paschal (yap, ) (Entered: 11/16/2007) |
| 11/15/2007 | 1 | COMPLAINT signed by Judge Nan R. Nolan as to Mottio Paschal (1) (yap, ) (Entered: 11/16/2007) |

Mottio Roshal 318-797
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL. 60901

CHAMPAIGN IL 618
19 FEB 2008 PM
USA 41

Northern District of Illinois
Clerk of The Courts
Honorable Judge Blanche M. Manning
219 N. Dearborn
Chicago, IL. 60605