**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:07−cr−00752
                                                            Honorable Blanche M. Manning

Mottio Paschal
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Blanche M. Manning : as to Mottio Paschal, Status hearing held on 3/6/2008. Status hearing set for 3/18/2008 at 11:00 AM. Attorney Donna Foley shall be present at the next status hearing. Time is excluded to 03/18/08 pursuant to 18 USC § 3161 (h)(1)(F).Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.