**FILED**

MAR 13 2008
3-13-2008
Judge Blanche M. Manning
United Sta+ ... Court

07CR 752 MHN

March 7, 2008

Dear Honorable Judge Blanche M. Manning.

My name is Mottio Paschal.

I am writting to inform you about why I missed my court date on March 6, 2008.

The Staff here at Kankakee County Jail told me that I had an appointment at Provena St. Mary's Behavioral Health Hospital, with my Psychiatrist Ph.D. Pappas.

I explained to the staff here at the County Jail that even though my court date was a status hearing, that it was imparative that I attend my hearing to address the issues about my attorney's ineffectiveness.

Due to this misfortunate circumstance I respectfully appologize for missing my court hearing. However, I suffer from severe depression and anxiety, and my Psychiatrist has prescribed Prozac/Lexapro, to help me cope with my mental illness.

Thank you for taking time to read my letter.
                    Sincerely Mottio Paschal