**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                     Plaintiff,

v.                              Case No.: 1:07−cr−00752
                                Honorable Blanche M. Manning

Mottio Paschal

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:as to Mottio Paschal, Status hearing held on 5/15/2008. Status hearing set for 6/5/2008 at 11:00 AM. The court again orders that defendant shall undergo a psychiatric examination by a doctor designated by counsel on 3/18/2008 in open court. Time excluded to 6/5/2008 pursuant to 18:3161 (h)(1)(A). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.