## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                          Case No.: 1:07−cr−00752
                                              Honorable Blanche M. Manning

Mottio Paschal

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to defendant, Mottio Paschal; On the Court's own motion, status hearing set for 8/26/2008 is stricken and reset to 9/4/2008 at 11:00 A.M. Time excluded to 9/4/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.